IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



UNITED STATES OF AMERICA :
:
v. : 1:23CR97-1
:
SHAVONTE JARREL MCBRYDE :

The United States Attorney charges:

On or about February 11, 2021, in the County of Scotland, in the Middle District of North Carolina, SHAVONTE JARREL MCBRYDE knowingly and intentionally did unlawfully possess a controlled substance, to wit: a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812, not having obtained said substance directly from, or pursuant to a valid prescription or order, from a practitioner while the said practitioner was acting in the course of his professional practice; it is further alleged that SHAVONTE JARREL MCBRYDE committed such offense after two or more prior convictions for any drug, narcotic, or chemical offense chargeable under the law of any State had become final, to wit:

1. On or about February 18, 2019, SHAVONTE JARREL MCBRYDE was convicted of a felony drug offense, PWIMSD

methamphetamine, in violation of North Carolina General Statutes, Section 90-95(a)(1) and (b)(1).

2. On or about February 19, 2018, SHAVONTE JARREL MCBRYDE was convicted of a misdemeanor drug offense, to wit: possession of ½ ounce to 1½ ounces of marijuana, in violation of North Carolina General Statutes, Section 90-95(a)(3) and (d)(4).

3. On or about October 23, 2017, SHAVONTE JARREL MCBRYDE was convicted of a felony drug offense, to wit: felony possession of marijuana, in violation of North Carolina General Statutes, Section 90-95(a)(3) and (d)(4).

All in violation of Title 21, United States Code, Section 844(a).

DATED: March 20, 2023

SANDRA J. HAIRSTON
United States Attorney

BY: CLIFTON T. BARRETT
Assistant United States Attorney