IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:23CR97-1 |
| | : | |
| SHAVONTE JARREL MCBRYDE | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states as follows:

On February 11, 2021, the Scotland County Sheriff's Office (SCSO) was notified at approximately 10:28 a.m. of a shots-fired call at 19082 Blakely Road, Laurinburg, North Carolina. SCSO Deputy J. Brock was the first officer to arrive on scene and he observed that two men were suffering from gunshot wounds at the address – Kenneth Quick and Shavonte McBryde. Both had been shot and were on their way to Scotland Memorial Hospital for treatment. SCSO Lt. Carlisle arrived on scene and noted a cellular phone and jacket on the front porch of the residence. As he made his way inside the mobile home Carlisle noted a distinct smell of gunpowder in the trailer and observed numerous shell casings. In the rear of the mobile home Carlisle observed a black male lying on the floor near the back open door to the trailer. He also

observed a white SUV at the rear of the residence with the doors open and the engine running. The man on the floor was later determined to be Monterrio Dejuan Taylor (DOB 06/03/1991). He was pronounced dead at the scene by EMS.

A search warrant was obtained for the mobile home, which was owned by Shavonte McBryde's mother. Inside the home there were only two pieces of furniture, and the walls were painted black. Taylor, the decedent, suffered from what was later determined by the North Carolina Medical Examiner's Office to be six gunshot wounds. Scattered around Taylor's body were approximately twenty-four .40 caliber shell casings and approximately seven .45 caliber shell casings. Taylor was in possession of a Glock, Model 27, .40 caliber S&W handgun, serial number BCYK867, with a drum magazine. The gun was traced to Taylor as the original purchaser. In the living room there were multiple cell phones recovered as well as approximately sixty-two spent .223 and 5.56mm shell casings. There were also multiple bullet holes in the walls. Inside the residence a Night Owl surveillance system was recovered and seized as evidence.

Based on a review of the surveillance system, witness interviews, and downloads of cellular phones, deputies pieced together what had taken place on that day. On February 11, 2021, individuals at the trailer (their respective

roles unknown) arranged to purchase thirteen pounds of marihuana (later determined to be eleven pounds) and thirty-two pounds of MDMA/Ecstasy (later determined to be thirty-three and ½ pounds) from Taylor, who lived in Atlanta. The deal was arranged by Kenneth Quick, whose phone has been downloaded and clearly establishes the meeting was to purchase the drugs described above for $46,000. They met the source, Taylor, who was accompanied from Atlanta by two other men, at a mobile home in rural Scotland County. When Taylor entered the back door of the mobile home to consummate the deal a shootout ensued involving him and four armed subjects, resulting in Taylor being killed and Kenneth Quick and Shavonte McBryde being shot. Two other suspects were not injured and escaped from the scene.

A review of the Night Owl surveillance footage showed that McBryde exited the trailer shortly after the shooting ended wearing an orange and black jacket. McBryde stood in the doorway for a short period of time and then dropped a firearm at his feet. McBryde then fell to the floor of the porch as he had been shot multiple times. As McBryde fell he laid on the firearm he had previously dropped. McBryde them removed his orange and black jacket and left it on the porch. At 14:54 of the surveillance footage, an individual with the initials E.C. arrived back at the residence. E.C. checked on McBryde and then

3

entered the residence for approximately 45 seconds. As he exited, E.C. was holding what appeared to be an AR-15 type rifle. E.C. then retrieved the pistol from underneath McBryde and carried both firearms off the porch. E.C. quickly returned to McBryde and helped him to E.C.'s van, where McBryde was then taken to the hospital for treatment. Below is footage of McBryde in the jacket:

 

Deputies recovered McBryde's orange and black jacket, along with a flip style cell phone. Inside the jacket deputies found a baggie containing several smaller baggies. In three of the baggies was a white rock like substance resembling cocaine base. The net weight of the three baggies was 6.94 grams, .55 grams, and .59 grams, respectively. A field test was performed, and the substances tested positive for cocaine base.

4

On June 9, 2022, Forensic Chemist Alice Matkowsky with the North Carolina State Crime Lab tested the suspected controlled substances found in McBryde's jacket and determined that they were the Schedule II controlled substance cocaine base with net weights of 6.04 grams (+/-0.06 grams); .44 grams (+/-0.06 grams); and .48 grams (+/-0.06 grams), respectively. Other drugs recovered from the jacket were identified as methamphetamine (.33 grams) and MDMA (.22 grams and .26 grams).

This the 20th day of March, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ CLIFTON T. BARRETT
Assistant United States Attorney
NCSB #12858
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone:  336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system to notify:

Robert Harris, Esq.

    Respectfully submitted,

    SANDRA J. HAIRSTON
    United States Attorney

    /S/ CLIFTON T. BARRETT
    Assistant United States Attorney
    NCSB #12858
    United States Attorney's Office
    Middle District of North Carolina
    101 S. Edgeworth St., 4th Floor
    Greensboro, NC  27401
    Phone:  336/333-5351