											Robert Harris <attyrjharris@gmail.com>

**Letter of support**
1 message

**Shavonda McBryde** <shavondamcbryde@gmail.com>										Thu, Nov 2, 2023 at 9:54 PM
To: attyrjharris@gmail.com

    My name is Shavonda Mcbryde. I am the wife of Shavonte Mcbryde.  We have been married for 2 years (June 8, 2021). We have 2 children together and 10 stepchildren. My husband has been incarcerated for 1 year and 3 months to be exact.
My husband incarceration has took a tremendous toll on my family. Not only was my husband helping me provide for 12 children with his lawn care and trucking company. He was an active parent who played a major role in our children's lives. He was hands on in school activities, sport's, family activities. When my husband left so did the foundation that held our family together. Not realizing the major impact it took on our boys (Kayden 14)and (Kameron 16) at the time they were both AB honor roll students enrolled at New life Christian academy both on basketball scholarships .
   One month after my husband left our son tried to commit suicide. He was hospitalized for a month due to kidney failure off overdose on Tylenol. 3 months after that the behavior issues with both our boys started to happen. They turned to the streets and got caught up with the wrong crowd. Now both of our boys are facing felony charges.
Now, my husband and both our oldest been incarcerated. This has took a toll on my mental health. My husband prays everyday for me. Only wishing that he had a chance to correct his wrongs. Taking a man's freedom is one thing, but watching his family suffer due to his poor decision is another.
Your honor the importance of my husband presence is serve for the rest.  His time away from his family has changed him mentally, physically and emotionally. I give you my word to support him and keep him focused on what matter most. His past his is past and we are looking forward towards his future and possibly freedom. He has a job waiting on him when he comes home with a trucking company. I ask that you take my letter in consideration when sentencing my husband. Thank you for listening your honor!
Shavonda Mcbryde


Sent from my iPhone